IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - LN
September 27, 2023 2:31 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD   SCANNED BY ℓoo/9\27

| | |
|---|---|
| COREY D. BLOCKER | ) |
| PLAINTIFF | ) |
| V. | ) |
| ROBERYT J. JONKER | ) |
| DEFENDANT | )    1:23-cv-1019 |
| MICHIGAN UNEMPLOYMENT AGENCY | ) CASE # |
| CODEFENDANT | ) ORIGINATING CASE # 1:23-CV-6 |
| HUNTINGTON BANK | ) |
| CODEFENDANT | ) |
| H&R BLOCK INC. | ) |
| CODEFENDANT | ) |
| CAPITAL CITY APARTMENT OLIVER GARDEN | ) |
| CODEFENDANT | ) |
| JUDITH CHAMPA | ) |
| CODEFENDANT | ) |

MOTION TO COLLATERAL ATTACK CASE # 1:23-CV-6, AND A MOTION FOR PERMANENT NJUNCTION AGAINST EVERY EXECUTIVE ORDER.

Corey D. Blocker makes said motions, for this courts record, and on this courts record. Corey D. Blocker makes this motion to collateral attack case 1:23-cv-6 for the fraud upon the court being committed by this court, also the court of appeal for the sixth circuit. Therefore Corey D. Blocker has no other remedy except to keep collateral attacking every case to prevent the defendant's and their affiliates from getting away with the treason they continually commit by violating Corey D. Blocker's due process clause of the U.S constitution, by denying Corey D. Blocker the right to life liberty and the pursuit of happiness. Even though Corey D. Blocker has stated for the record in both said courts Corey D. Blocker was alive at birth, and the informant was not given full disclosure of the contract she entered, which by law voids said contract. Furthermore Corey D Blocker has stated for same said records that he is a free man not bound by and slave manifest because Corey D. Blocker last name was given to him by his grandmother not by any slave master. Therefore by the U.S constitution 14 amendment Corey D. Blocker is allowed all rights granted by said constitution. Corey D. Blocker has given all the laws that are required to be granted full and final judgment, which each of the said courts through the judges who have ruled on each case filed by Corey D. Blocker have committed fraud upon the court, but now the court of appeal is doing its usual and acting as the court never received instrument's from Corey D. Blocker until 5 to 6 months later

when said court then sends a notice to make sure the appeal time has passed. Therefore Corey d. Blocker is making this motion to collateral attack said case so he can have documentation of his filings. Also to prove that each court is still allowing Corey D. Blocker to be harass by the defendant's and their affiliates. Corey D. Blocker can prove beyond a shadow of a doubt the defendant's Huntington bank, and H&R Block Inc. are still violating said rights for the purpose of intimidation and strong arm extortion to keep Corey D. Blocker from being made whole, and also to keep said defendant's and their affiliates from facing the full extent of the law for said violations. Corey D Blocker also makes a motion for permanent injunction against all executive orders for the violation of the U.S constitution for allowing the president to commit treason against said constitution by allowing laws to be wrote the only a corrupt supreme court to strike down which said court is also committing treason by allowing the executive branch to write laws that effect the public which congress wrote said clause into the law granting the executive branch said powers. Therefore the fact that every executive order effects the public as well as the executive branch every executive order must be struck down by law or be further proof on the complete abandonment of the U.S constitution and the grounds for said instrument to be voided and the land commonly known as the United states be given back to the original aboriginal people via Christopher Columbus logs which state the dark brown skin people. Corey D. Blocker through the filings in said courts has owns more debt than any other debt holder. Therefore Corey D. Blocker is filing the case for $100,000,000,000,000 just to make sure that no other debt holder can get paid until Corey D. Blocker's debt is paid and each of the defendant's and their affiliates are held to the full extent of the law for treason. Which is death by hanging for said people and all the relatives and heir's. Therefore the fact that it can be proven that Corey D. Blocker gave Huntington bank and H&R Block Inc. the opportunity to rectify their part in violating Corey D. Blocker's due process clause by denying the amendment of Blocker Enterprises LLC taxes and or opening a business account for no reason at all seeing Huntington bank open a personal account for Corey D. Blocker with no problem, which it can and will be proven that the action are being with malice and purposely. There is the fact that it can be proven that the capital city apartment Oliver garden has informants all through the apartment complex and have used them to also violate Corey D. Blocker's said rights, and now have been given Corey D. Blocker's full review to be granted his section 8 voucher but said defendant is denying the voucher to cause Corey D. Blocker undue harm by trying to cause Corey D. Blocker to become homeless with three puppies as earlier defendants cause with Corey D. Blocker with his previous dog and is not going to happen again for no one therefore this instrument is written before the U.S government has gone into shutdown and therefore this instrument must be granted in the time that the law allows which is 10 days for a motion to be responded to by affidavit only or this motions will be granted with full and final judgment in said amount and said penalty under said law for all the said people to be held accountable under said law. This is a bidding contract that must be litigated or granted by law, each of the defendants are not minors, incompetent nor military services and must be held accountable by law.

RESPECTFULLY SUBMITTED

COREY D. BLOCKER

YOU ARE SUMMONS TO RESPOND/DEFENDED THIS INSTRUMENT BY AFFIDAVIT, ONLY IF YOU DO NOT RESPONDED IN THE 10 DAYS ALLOWED BY LAW TO RESPONDED TO A MOTION BY LAW THIS CASE WILL BE GRANTED WITH NO FURTHER NEED FOR LITIGATION.

RESPECTFULLY SUBMITTED

COREY D. BLOCKER

I CERTIFY THAT A TRUE AND EXACT COPY OF THIS INSTRUMENT HAS BEEN SENT TO EACH OF THE DEFENDANTS ON THIS THE 27 DAY OF SEPTEMBER 2023 VIA U.S MAIL.

RESPECTFULLY SUBMITTED

COREY D. BLOCKER

ROBERT J. JONKER

1 FEDERAL BLDG

GRAND RAPIDS MI 49503

MICHIGAN UNEMPLOYMENT AGENCY

5217 PERRY ROBINSON CIR

LANSING MI 48911

HUNTINGTON BANK

PO BOX 182387

COLUMBUS OHIO 43218

H&R BLOCK INC.

1301 MAIN ST

KANSAS CITY MO 64105

CAPITAL CITY APARTMENT OLIVER GARDEN

3200 SOUTH WASHINGTON AVE

LANSING MI 48910

JUDITH CHAMPA

5217 PERRY ROBINSON CIR

LANSING MI 48911

COREY D. BLOCKER

3200 SOUTH WASHINGTON AVE

APT 235

LANSING MI 48910

517-243-5563