UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY BLOCKER,

    Plaintiff,

v.

ROBERT J. JONKER, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1019

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that this action is DISMISSED without prejudice.

Dated: January 17, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge