| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE SIXTH CIRCUIT | **FILED**<br>Apr 4, 2025<br>KELLY L. STEPHENS, Clerk |

No. 25-1209

COREY DESHON BLOCKER,

    Plaintiff-Appellant,

v.

ROBERT J. JONKER, et al.,

    Defendants-Appellees.

Before: GILMAN, GIBBONS, and BLOOMEKATZ, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk